LEO J. KELLEHER, Respondent, v. JAMES K. ATKINSON and Another, as Executors, etc., of JAMES BRISBANE, Deceased, Appellants.— Judgment and order

reversed on the law and new trial granted, with costs to the appellants to abide the event. Held, that the charge made at the request of plaintiff's counsel " that the defendant is held to the highest degree of care in the operation of the elevators, consistent with their efficient use," constitutes reversible error. (*Griffen* v. *Manice*, 166 N. Y. 188; *O'Brien* v. *New York Railways Co.*, 185 App. Div. 867.) All concur.

ANTHONY BUSCAGLIA and Others, Respondents, v. SUSPENSION BRIDGE BOTTLING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, Sears, J., not sitting.